UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br>    Plaintiff<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>    Defendants. | C.A. No. 11-10230-MLW |
| ARNOLD HENRIQUEZ, MICHAEL T. COHN, WILLIAM R. TAYLOR, RICHARD A. SUTHERLAND, and those similarly situated,<br>    Plaintiff<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>    Defendants. | C.A. No. 11-12049-MLW |
| THE ANDOVER COMPANIES EMPLOYEE SAVINGS AND PROFIT SHARING PLAN, on behalf of itself, and JAMES PEHOUSHEK-STANGELAND and all others similarly situated,<br>    Plaintiff<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br>    Defendants. | C.A. No. 12-11698-MLW |

<u>MEMORANDUM AND ORDER</u>

WOLF, D.J.                                                         August 3, 2018

On August 3, 2018, the Court ordered the Master to confer with Labaton Sucharow, LLP ("Labaton") and report whether they agree that the unredacted version of the Master's June 21, 2018

letter to the court (Docket No. 329-1) should be made public. The Master and Labaton reported that they agree that the letter should be unsealed. See Docket No. 416. Therefore, it is hereby ORDERED that Docket No. 329-1 is UNSEALED.

                                        _____
                                        UNITED STATES DISTRICT JUDGE